# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAISY HERMOSILLO, <br><br> Plaintiff, <br><br> v. <br><br> SYNCHRONY BANK, <br><br> Defendant. | Case No.: ED CV 17-1258-DMG (ASx) <br><br> **ORDER RE DISMISSAL OF ACTION [32]** |

Based upon the Joint Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 7, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE